DAVID SILVER, ESQ. (California Bar No. 312445; Nevada Bar No. 15641)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIMPLE DESIGN LTD., a British Virgin Islands limited company,<br><br>Plaintiff,<br><br>v.<br><br>WORKSHOPPLACE 2021,<br><br>Defendant. | Case No.: CV 22-2776-GW-KSx<br><br>**ORDER ENTERING**<br>**FINAL DEFAULT JUDGMENT** |

Before the Court is Plaintiff Simple Design Ltd. ("Plaintiff")'s motion for the Court to enter final default judgment against Defendant WORKSHOPPLACE 2021 ("Defendant"). Having reviewed the complaint, records and supporting documents filed in regard to Plaintiff's Motion for Default Judgment, hereby orders that:

1) Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a) using the  or  images or any other logo, icon, or other identifying mark that is substantially similar to Plaintiff's U.S. Trademark Registration Nos. 5649413, 6275687, 6142912, 5836412, 6120449, 5601295, 6275685, or any of Plaintiff's trademarks relating to Plaintiff's family of fitness and health mobile applications, and remove any mobile application or other product using the or images or other substantially similar image that is not affiliated or authorized by Plaintiff to be sold or made available for download on Google Play or any other online platform;

b) committing any acts calculated to cause consumers to believe that Defendant's mobile application(s) is/are sold and/or offered for download under the authorization, control or supervision of Plaintiff, or is sponsored by, approved by, or otherwise connected with Plaintiff;

c) further infringing Plaintiff's Registration Nos. 5649413, 6275687, 6142912, 5836412, 6120449, 5601295, 6275685, or any of Plaintiff's

trademarks relating to Plaintiff's family of fitness and health mobile applications and damaging Plaintiff's goodwill and reputation; and

d) creating, providing, or offering for sale or download a substantially similar fitness and health mobile application not created or authorized by or for Plaintiff which bear any of Plaintiff's trademarks or utilize any of Plaintiff's copyrights, including but not limited to U.S. Registration Nos. 5649413, 6275687, 6142912, 5836412, 6120449, 5601295, 6275685, or any of Plaintiff's trademarks relating to Plaintiff's family of fitness and health mobile applications and U.S. Copyright Registration Nos. TX 8-443-958, TX 8-553-199, TX 8-553-224, VA 2-211-951, TX 8-570-333, and VA 2-123-287.

2) Defendant shall, within ten (10) business days after receipt of such notice, remove its infringing mobile applications from any other online platform which Defendant's mobile applications may be available.

3) Should Defendant's infringing mobile applications remain active on any online platform after ten (10) business days following Defendant's receipt of this Order, and upon Plaintiff's request, any other online platforms (collectively, the "Third Party Providers"), shall, within ten (10) business days after receipt of such

request by Plaintiff, remove Defendant's infringing mobile applications from the Third Party Provider's respective online platform.

Entered this 1st day of August, 2022

*George H. Wu*
_____
HON. GEORGE H. WU,
U.S. District Judge